UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:20-CR-21 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| REGAN DARBY PRATER | ) | Magistrate Judge Susan K. Lee |

**O R D E R**

United States Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment; (2) accept Defendant's plea of guilty to Count One of the one-count Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the one-count Indictment; (4) defer a decision on whether to accept the Plea Agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter. (Doc. 28.)

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 28) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One of the one-count Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One of the one-count Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the one-count Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **August 25, 2021 at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2